UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                             Civil No. 07-10572
                                             Honorable Denise Page Hood

CERTAIN REAL PROPERTIES LOCATED
AT 9930 ARCHDALE, DETROIT, WAYNE
COUNTY, MICHIGAN;
4174 BALFOUR, DETROIT, WAYNE
COUNTY MICHIGAN;
15737 BILTMORE, DETROIT, WAYNE
COUNTY, MICHIGAN;
18551 NORTH CAPITOL DRIVE,
SOUTHFIELD, OAKLAND COUNTY,
MICHIGAN;
2901 - 2951 CHICAGO, DETROIT,
WAYNE COUNTY, MICHIGAN;
18620 CURTIS, DETROIT, WAYNE
COUNTY, MICHIGAN;
20445 GARDENDALE, DETROIT, WAYNE
COUNTY, MICHIGAN;
12016 GLASTONBURY, DETROIT, WAYNE
COUNTY, MICHIGAN;
13565 GREENFIELD, DETROIT, WAYNE
COUNTY, MICHIGAN;
13581 GREENFIELD, DETROIT, WAYNE
COUNTY, MICHIGAN;
13601 - 13617 GREENFIELD, DETROIT,
WAYNE COUNTY, MICHIGAN;
18674 GREENFIELD, DETROIT, WAYNE
COUNTY, MICHIGAN;
7131 INTERVALE, DETROIT, WAYNE
COUNTY, MICHIGAN;
7359 INTERVALE, DETROIT, WAYNE
COUNTY, MICHIGAN;

18120 JAMES COUZENS, DETROIT,

WAYNE COUNTY, MICHIGAN;
16741 LINDSAY, DETROIT, WAYNE COUNTY, MICHIGAN;
15858 LITTLEFIELD, DETROIT, WAYNE COUNTY, MICHIGAN;
15140 LIVERNOIS, DETROIT, WAYNE COUNTY, MICHIGAN;
15329 LIVERNOIS, DETROIT, WAYNE COUNTY, MICHIGAN;
15357 LIVERNOIS, DETROIT, WAYNE COUNTY, MICHIGAN;
15371 - 15379 LIVERNOIS, DETROIT, WAYNE COUNTY, MICHIGAN;
15385 - 15387 LIVERNOIS, DETROIT, WAYNE COUNTY, MICHIGAN;
14894 MANOR, DETROIT, WAYNE COUNTY, MICHIGAN;
15844 MANOR, DETROIT, WAYNE COUNTY, MICHIGAN;
10980 MARKLAND, HOLLY, OAKLAND COUNTY, MICHIGAN;
11000 MARKLAND, HOLLY, OAKLAND COUNTY, MICHIGAN;
15867 - 15869 MEYERS, DETROIT, WAYNE COUNTY, MICHIGAN;
15808 - 15812 PLYMOUTH, DETROIT, WAYNE COUNTY, MICHIGAN;
15824 - 15832 PLYMOUTH, DETROIT, WAYNE COUNTY, MICHIGAN;
15836 PLYMOUTH, DETROIT, WAYNE COUNTY, MICHIGAN;
15846 PLYMOUTH, DETROIT, WAYNE COUNTY, MICHIGAN;
14838 PREST, DETROIT, WAYNE COUNTY, MICHIGAN;
14848 PREST, DETROIT, WAYNE COUNTY, MICHIGAN;
8636-8642 PURITAN, DETROIT, WAYNE COUNTY, MICHIGAN;
15125 WEST SEVEN MILE, DETROIT, WAYNE COUNTY, MICHIGAN;

14813 ST. MARYS, DETROIT, WAYNE COUNTY, MICHIGAN;

11300 WARD, DETROIT, WAYNE
COUNTY, MICHIGAN;
15084 WASHBURN, DETROIT, WAYNE
COUNTY, MICHIGAN;
15465 WINTHROP, DETROIT, WAYNE
COUNTY, MICHIGAN;
14855 - 14889 WYOMING, DETROIT,
WAYNE COUNTY, MICHIGAN;
14927 - 14943 WYOMING, DETROIT,
WAYNE COUNTY, MICHIGAN;
15121 - 15205 WYOMING, DETROIT,
WAYNE COUNTY, MICHIGAN;
INCLUDING ALL APPURTENANCES,
FIXTURES AND IMPROVEMENTS;

     Defendant.
_____/

## **ORDER TO AMEND SCHEDULING ORDER**

 WHEREAS, a Stipulation For The Entry Of An Order To Amend Scheduling Order has been filed with the court, wherein the parties agree to extend all dates for ninety (90) days;

 NOW, THEREFORE, the court ORDERS the following schedule controlling the progress of this case:

 All witnesses to be called at trial shall be listed by 10/30/08 .

 All discovery shall be completed by 10/30/08 .

 No motions other than trial motions in limine may be filed after 11/14/08 .

 A Settlement Conference is scheduled for 12/9/08 at 3:00 p.m.

 A Final Pretrial Conference is scheduled for 3/9/09 at 2:00 p.m..

 The Joint Final Pretrial Order and all trial Motions in limine shall be submitted to the court by 3/2/09 .

Trial is scheduled for 4/16/09 at 9:00 a.m.

S/Denise Page Hood
Denise Page Hood
United States District Judge

Dated: August 12, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record and

**Daphne Johnson**
5093 Oakman Blvd.
Detroit, MI 48204

on August 12, 2008, by electronic and/or ordinary mail.

S/ Lisa Ware for William F. Lewis
Case Manager